390 P.2d 969

James W. SMITH, Petitioner,

v.

**FIFTH JUDICIAL DISTRICT COURT,**
State of New Mexico, COUNTY
OF CHAVES, Respondent.

No. 57 HC.

Supreme Court of New Mexico.

April 15, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied as not timely.

390 P.2d 969

STATE ex rel. Marion FOWLER, Petitioner,

v.

The SECOND JUDICIAL DISTRICT COURT of the State of New Mexico WITHIN AND FOR the COUNTY OF BERNALILLO and the Honorable Paul Tackett, as Judge of the Fifth Division thereof, Respondent.

No. 7619.

Supreme Court of New Mexico.

April 15, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.